**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Keystone Recovery Center, Inc. d/b/a BlueCrest Recovery Center; Quicksilver Counseling Center Inc. d/b/a BlueCrest Counseling Center; and BlueCrest Detox, Inc., | Case No. 1:26-cv-06150 |
| Plaintiffs, | |
| v. | |
| Claritev Corp. f/k/a MultiPlan, Inc.; Aetna, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Aware Integrated, Inc.; BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota; Elevance Health, Inc. f/k/a Anthem, Inc.; Health Care Service Corporation; Highmark Health; Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey; Kaiser Foundation Health Plan, Inc.; UnitedHealth Group Inc.; Allied National, LLC; Central States Southeast and Southwest Areas Health and Welfare Fund; CareFirst Of Maryland; Blue Cross Blue Shield of Massachusetts, | |
| Defendants. | |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Keystone Recovery Center, Inc. d/b/a BlueCrest Recovery Center ("BlueCrest Recovery Center"); Quicksilver Counseling Center Inc. d/b/a BlueCrest Counseling Center ("BlueCrest Counseling Center"); and BlueCrest Detox, Inc. ("BlueCrest Detox") by and through their undersigned counsel, states as follows:

1. James Chitty is an affiliate who owns 5% or more of Plaintiff BlueCrest Recovery Center.

2. Anastasio Botsaris is an affiliate who owns 5% or more of Plaintiff BlueCrest Detox.

Dated: May 26, 2026

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Stephen M. Medlock*

Stephen M. Medlock
Stephen Cohen (*pro hac vice* forthcoming)
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
scohen@velaw.com

Michael Scarborough (*pro hac vice* forthcoming)
Dylan Ballard (*pro hac vice* forthcoming)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com
mlo@velaw.com

Mackenzie Newman (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
mnewman@velaw.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock